```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
CALENTURE, LLC, DENNIS DONOGHUE, :
MARK RUBENSTEIN, *and* REVIVE :
INVESTING LLC, :    1:23-cv-511-GHW
:
                Plaintiffs, :    ORDER
:
      -against- :
:
B. RILEY FINANCIAL, INC., B. RILEY :
SECURITIES, INC., BRF INVESTMENTS, :
LLC, B. RILEY PRINCIPAL INVESTMENTS, :
LLC, *and* LAZYDAYS HOLDINGS, INC. :
:
             Defendants. :
:
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The initial pretrial conference scheduled for March 24, 2023 is adjourned *sine die*. *See* Dkt. No. 6. The parties need not file the joint letter and proposed case management plan described in the Court's January 24, 2023 order. *See id.*

    Plaintiffs are directed to serve a copy of this order on all defendants in this action and to retain proof of service.

    SO ORDERED.

Dated: February 1, 2023
       New York, New York

                                                                       GREGORY H. WOODS
                                                           United States District Judge