# MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 21, 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALENTURE, LLC, DENNIS DONOGHUE, MARK RUBENSTEIN, and REVIVE INVESTING LLC, <br><br> Plaintiffs, <br><br> – v. – <br><br> B. RILEY FINANCIAL, INC., B. RILEY SECURITIES, INC., BRF INVESTMENTS, LLC, and B. RILEY PRINCIPAL INVESTMENTS, LLC, <br><br> Defendants, <br><br> – and – <br><br> LAZYDAYS HOLDINGS, INC., <br> Nominal Defendant. | ECF CASE <br><br> No. 23-511 (GHW) (SDA) <br><br> **STIPULATION OF DISMISSAL** <br><br> **WITH PREJUDICE** |

**DATED: APRIL 21, 2023**

WHEREAS Plaintiffs Calenture, LLC, Dennis Donoghue, Mark Rubenstein, and Revive Investing LLC began the action captioned above (the "Action") on January 20, 2023, naming B. Riley Financial, Inc., B. Riley Securities, Inc., BRF Investments, LLC, and B. Riley Principal Investments, LLC as Defendants (collectively, the "B. Riley Defendants") and Lazydays Holdings, Inc. as Nominal Defendant ("Lazydays");

WHEREAS the B. Riley Defendants have not appeared in the Action; and

WHEREAS the parties that have appeared in the Action, Plaintiffs and Lazydays, now wish to stipulate to the Action's dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

NOW, THEREFORE, Plaintiffs and Lazydays, by their respective undersigned counsel, hereby stipulate that the Action is hereby DISMISSED WITH PREJUDICE effective immediately.

IN WITNESS WHEREOF, each person hereunder has set his or her hand as of the first date set forth above.

_____
Marc L. Antonecchia
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 513-3530
Fax: (212) 385-9010
Email: marc.antonecchia@hklaw.com

*Attorneys for Nominal Defendant Lazydays Holdings, Inc.*

_____
David Lopez, Esq. (DL-6779)
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Phone: (631) 287-5520
Email: DavidLopezEsq@aol.com

_____
Miriam Tauber, Esq. (MT-1979)
MIRIAM TAUBER, ESQ. (MT-1979)
885 Park Avenue # 2A
New York, New York 10075
Phone: (323) 790-4881
Email: MiriamTauberLaw@gmail.com

_____
Daniel E. Doherty (DD–2145)
DE DOHERTY LAW OFFICE, LLC
7300 West 100th Street, Suite 930
Overland Park, Kansas 66210
Email: ded@ddoherty.net

_____
JAMES A. HUNTER, ESQ. (JH-1910)
42 Stagecoach Road
Pipersville, Pennsylvania 18947
Phone: (484) 437-5935
Email: hunter@hunterkmiec.com

*Attorneys for Plaintiffs*

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii). The Clerk of Court is directed to close the case.

Dated: April 21, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge